1

2

3                **IN THE UNITED STATES DISTRICT COURT**

4              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

5

6   KEITH THOMAS,                          1:10-cv-01759-LJO-GSA-PC

7              Plaintiff,                   ORDER DISMISSING ACTION,
                                            WITHOUT PREJUDICE, FOR
8        vs.                               FAILURE TO PAY FILING FEE

9   CALIFORNIA DEPARTMENT OF                ORDER FOR CLERK TO CLOSE CASE
    CORRECTIONS AND
10  REHABILITATION, et al.,

11             Defendants.

12  _____/

13       Plaintiff Keith Thomas ("plaintiff") is a state prisoner proceeding pro se in this civil rights action

14  pursuant to 42 U.S.C. § 1983.  On September 29, 2009, pursuant to 28 U.S.C. § 1915(g), the

15  undersigned found plaintiff ineligible to proceed in forma pauperis and ordered plaintiff to pay the

16  $350.00 filing fee in full within thirty days.  (Doc. 2.)  The thirty day time period for plaintiff to pay the

17  filing fee has expired, and plaintiff has not complied with the court's order.  Plaintiff was forewarned

18  in the court's order that his failure to pay the filing fee within thirty days would result in the dismissal

19  of this action without prejudice.

20       Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to

21  obey the court's order to pay the $350.00 filing fee.  The Clerk is directed to close this case in its

22  entirety.

23           IT IS SO ORDERED.

24  **Dated:    November 17, 2010**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
25

26

27

28